Argued January 16, reversed January 27, 1975

MOORE (No. 74-420), *Appellant, v.* STATE
ACCIDENT INSURANCE FUND, *Respondent.*

530 P2d 1254

*Hugh K. Cole, Jr.,* Eugene, argued the cause for
appellant. With him on the brief were Coons, Cole
& Anderson, Eugene.

*Janet Metcalf,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With her on
the brief were Lee Johnson, Attorney General, and
W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Lee,
Judges.

PER CURIAM.

This workman's compensation case presents only
a fact question. Claimant underwent coronary bypass

surgery subsequent to a myocardial infarction which occurred on the job. The Fund does not dispute the fact that the myocardial infarction was a compensable injury, but argues that the need for the surgery did not proximately result from the infarction. The hearing officer and the Board found in favor of the claimant. The circuit court found to the contrary. Suffice it to say that we find that the evidence preponderates in favor of claimant's position.

Reversed.